# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D20-747

————————————————

EVAN CHARLES MCLEMORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

September 24, 2020

PER CURIAM.

AFFIRMED.

LEWIS, NORDBY, and LONG, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————

Andy Thomas, Public Defender, and Tyler Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.